# UNITED STATES BANKRUPTCY COURT
## CENTRAL **DISTRICT OF** ILLINOIS
### PEORIA **DIVISION**

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| Sandburg Mall Realty Management LLC | § | Case No. 14-81063 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Jeana K. Reinbold, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 4,191,275.00 *(Without deducting any secured claims)* | Assets Exempt: NA |
| Total Distributions to Claimants: 239,483.70 | Claims Discharged Without Payment: NA |
| Total Expenses of Administration: 264,316.07 | |

3) Total gross receipts of $ 531,136.08 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 27,336.31 (see **Exhibit 2**), yielded net receipts of $ 503,799.77 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 71,344.00 | $ 31,223.25 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 206,412.54 | 206,412.54 | 206,412.54 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | 22,903.53 | 57,903.53 | 57,903.53 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 3,480.10 | 3,480.10 | 3,480.10 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 8,012,915.21 | 6,948,419.38 | 5,800,844.56 | 236,003.60 |
| **TOTAL DISBURSEMENTS** | $ 8,084,259.21 | $ 7,212,438.80 | $ 6,068,640.73 | $ 503,799.77 |

4) This case was originally filed under chapter 11 on  06/05/2014 , and it was converted to chapter 7 on  04/28/2015 .  The case was pending for 54 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  09/19/2019            By:/s/Jeana K. Reinbold, Trustee
                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| F & M Bank (Checking - Account Used For Gift Certificate | 1129-000 | 2,245.67 |
| Office Furniture, Trade Fixtures And Equipment | 1129-000 | 35,000.00 |
| Petty Cash | 1129-000 | 138.24 |
| Wells Fargo Bank (Operating - Checking) | 1129-000 | 10.00 |
| Wells Fargo Bank (Payroll - Checking) | 1129-000 | 2.47 |
| Potential Claim Against Former Manager/Member | 1149-000 | 90,000.00 |
| Tax refund | 1224-000 | 228.97 |
| Balance of DIP operating accounts at Regions Bank | 1229-000 | 35,662.73 |
| Balance of retainer from attorney trust account | 1229-000 | 348.00 |
| Preference and transfer claims | 1241-000 | 367,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 531,136.08** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Mall Group Investment LLC | Non-Estate Funds Paid to Third Parties | 8500-002 | 27,336.31 |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ 27,336.31 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Patrick C. Egan Mustain Law Office 1865 N. Henderson Street, Suite 11B Galesburg, IL 61401 | | 0.00 | NA | NA | 0.00 |
| 11 | Knox County Collector | 4110-000 | 32,000.00 | 0.00 | 0.00 | 0.00 |
| 16 | Mike Martin Snowplowing | 4110-000 | 39,344.00 | 31,223.25 | 0.00 | 0.00 |
| TOTAL SECURED CLAIMS | | | $ 71,344.00 | $ 31,223.25 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Jeana K. Reinbold | 2100-000 | NA | 28,439.99 | 28,439.99 | 28,439.99 |
| Jeana K. Reinbold | 2200-000 | NA | 876.82 | 876.82 | 876.82 |
| International Sureties, Ltd. | 2300-000 | NA | 297.37 | 297.37 | 297.37 |
| Associated Bank | 2600-000 | NA | 4,025.80 | 4,025.80 | 4,025.80 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CLERK U.S. BANKRUPTCY COURT | 2700-000 | NA | 2,100.00 | 2,100.00 | 2,100.00 |
| Illinois Department of Revenue | 2820-000 | NA | 1,647.69 | 1,647.69 | 1,647.69 |
| US Trustee | 2990-000 | NA | 976.19 | 976.19 | 976.19 |
| Andrew W. Covey | 3210-000 | NA | 112,460.24 | 112,460.24 | 112,460.24 |
| Patrick M. Jones | 3210-000 | NA | 33,250.00 | 33,250.00 | 33,250.00 |
| Tracy Klestadt | 3210-000 | NA | 9,059.00 | 9,059.00 | 9,059.00 |
| Andrew W. Covey | 3220-000 | NA | 3,341.17 | 3,341.17 | 3,341.17 |
| Jeana K. Reinbold | 3220-000 | NA | 905.00 | 905.00 | 905.00 |
| Patrick M. Jones | 3220-000 | NA | 1,185.87 | 1,185.87 | 1,185.87 |
| Tracy Klestadt | 3220-000 | NA | 141.70 | 141.70 | 141.70 |
| Lois West | 3410-000 | NA | 6,820.00 | 6,820.00 | 6,820.00 |
| Martin Auction Services LLC | 3620-000 | NA | 885.70 | 885.70 | 885.70 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 206,412.54 | $ 206,412.54 | $ 206,412.54 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Other Prior Chapter Administrative Expenses: Illinois Department Of Revenue | 6990-000 | NA | 22,903.53 | 22,903.53 | 22,903.53 |
| Other Prior Chapter Administrative Expenses: Liberty Power Holdings LLC | 6990-000 | NA | 0.00 | 35,000.00 | 35,000.00 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | **$ NA** | **$ 22,903.53** | **$ 57,903.53** | **$ 57,903.53** |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 25 | Illinois Department Of Employment Security | 5800-000 | NA | 3,480.10 | 3,480.10 | 3,480.10 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$ NA** | **$ 3,480.10** | **$ 3,480.10** | **$ 3,480.10** |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Butler Chemical 1720 S. Wright Blvd. Schaumburg, IL 60193 | | 559.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Century Link P.O. Box 4300 Carol Stream, IL 60197 | | 443.00 | NA | NA | 0.00 |
| | Dowers Roofing 1506 S. Henderson Street P.O. Box 470 Galesburg, IL 61402 | | 8,755.00 | NA | NA | 0.00 |
| | Electro-Mechanical Resources 103 W. Martin Street Abingdon, IL 61410 | | 150.00 | NA | NA | 0.00 |
| | Galesburg Builders Supply Co. 2530 Grand Avenue Galesburg, IL 61401 | | 1,358.00 | NA | NA | 0.00 |
| | Lambasio Plumbing and Heating 401 E. Berrian Street Galesburg, IL 61401 | | 0.00 | NA | NA | 0.00 |
| | Liqui Green Lawn and Tree Care P.O. Box 1813 Galesburg, IL 61402 | | 285.00 | NA | NA | 0.00 |
| | Lowe's Business Account GE Credit Bank P.O. Box 530970 Atlanta, GA 30353 | | 8,740.00 | NA | NA | 0.00 |
| | Metzger Johnson 49 Prairie Street Galesburg, IL 61401 | | 46,700.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Michael Khakshoor 21 Flower Lane Great Neck, NY 11024 | | 0.00 | NA | NA | 0.00 |
| | Michael Kohansieh 48 W. 48th Street, Suite 305 New York, NY 10036 | | 0.00 | NA | NA | 0.00 |
| | NAPA Auto Parts 883 West Dayton Galesburg, IL 61401 | | 32.00 | NA | NA | 0.00 |
| | People's Rental Center 465 E. Berrien Street Galesburg, IL 61401 | | 258.00 | NA | NA | 0.00 |
| | Phillips 66 Commercial P.O. Box 530970 Atlanta, GA 30353 | | 1,324.00 | NA | NA | 0.00 |
| | Register Mail 140 S. Prairie Street Galesburg, IL 61401 | | 131.00 | NA | NA | 0.00 |
| | RNJ's Distribution, Inc., PO Box 771, Macomb, IL 61455 | | 106.21 | NA | NA | 0.00 |
| | Robert Atchley 121 W. Simmons Street, Apt. 701 Galesburg, IL 61401 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Roger J. Kiley Taft Stettinius and Hollister LLP 111 E. Wacker Drive, Suite 2800 Chicago, IL 60601 | | 0.00 | NA | NA | 0.00 |
| | Sears Commercial One Dept 53 - 4009175504 P.O. Box 689131 Des Moines, IA 50368 | | 16.00 | NA | NA | 0.00 |
| | Sion Nobel MD 11208 Chalon Road Los Angeles, CA 90049 | | 245,000.00 | NA | NA | 0.00 |
| | Staples Credit Plan Dept 51 - 7814388641 P.O. Box 689020 Des Moines, IA 50368 | | 272.00 | NA | NA | 0.00 |
| | Tractor Supply Credit Plan Dept. 30 - 1102913637 P.O. Box 689020 Des Moines, IA 50368 | | 212.00 | NA | NA | 0.00 |
| | Water Products Company 110 W. Chestnu Bloomington, IL 61701 | | 479.00 | NA | NA | 0.00 |
| | Yousef Khakshoor 1230 S. Bedford Drive Los Angeles, CA 90035 | | 0.00 | NA | NA | 0.00 |
| 2 | AMEREN ILLINOIS | 7100-000 | 42,472.00 | 70,195.07 | 70,195.07 | 5,704.40 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 15 | Brown, Udell, Pomerantz & Delrahim, Ltd. | 7100-000 | 43,849.00 | 41,387.33 | 41,387.33 | 3,363.34 |
| 18 | Capital One, N.A. | 7100-000 | 2,611.00 | 16,535.50 | 16,535.50 | 1,343.76 |
| 21 | City of Galesburg, an Illinois Municipal Corporation | 7100-000 | 8,000.00 | 14,266.05 | 14,266.05 | 1,159.33 |
| 13 | Dale Sugden dba Sugden Electric | 7100-000 | 2,080.00 | 2,080.12 | 2,080.12 | 169.04 |
| 12 | Direct Energy Business | 7100-000 | 1,980.00 | 2,156.98 | 2,156.98 | 175.29 |
| 6 | Farm King of Galesburg | 7100-000 | 1,329.00 | 1,434.40 | 1,434.40 | 116.57 |
| 8 | Farm King Supply, Inc., Dba Farm King Of Galesburg | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 20 | First Bank and Trust Company of Illinois | 7100-000 | 4,814,945.00 | 4,836,886.77 | 2,702,716.55 | 219,635.99 |
| 9 | Galesburg Electric Industrial Supply | 7100-000 | 2,575.00 | 2,644.86 | 2,644.86 | 214.93 |
| 4 | Gallatin River Communications, LLC | 7100-000 | NA | 705.01 | 705.01 | 57.29 |
| 5 | Interline Brands Inc | 7100-000 | 320.00 | 1,509.26 | 1,509.26 | 122.65 |
| 14 | Liberty Power Holdings LLC | 7100-000 | 32,174.00 | 0.00 | 0.00 | 0.00 |
| 26 | Mall Group Investment, LLC | 7100-000 | NA | 25,000.00 | 25,000.00 | 2,031.62 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | MH Equipment Co. | 7100-000 | 1,741.00 | 1,741.71 | 1,741.71 | 141.54 |
| 10 | Neil Thomas Plumbing, Inc. | 7100-000 | 2,400.00 | 3,150.00 | 3,150.00 | 255.98 |
| 7 | Sandburg Mall Realty Management Llc | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 19 | Simplexgrinnell | 7100-000 | NA | 579.32 | 579.32 | 47.08 |
| | Synchrony Bank | 7100-000 | NA | 844.64 | 844.64 | 844.64 |
| 23 | Synchrony Bank | 7100-000 | NA | 10,393.70 | 10,393.70 | 0.00 |
| 17 | W W Grainger Inc. | 7100-000 | 2,413.00 | 2,413.44 | 2,413.44 | 196.13 |
| 3 | Wells Fargo Bank, N.A. | 7100-000 | NA | 5,217.76 | 5,217.76 | 424.02 |
| 27 | Mall Group Investment, LLC | 7200-000 | 2,739,206.00 | 1,909,127.46 | 1,909,127.46 | 0.00 |
| 20-U | First Bank and Trust Company of Illinois | 7300-000 | NA | 0.00 | 986,595.40 | 0.00 |
| 25U | Illinois Department of Employment Security | 7300-000 | NA | 150.00 | 150.00 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 8,012,915.21 | $ 6,948,419.38 | $ 5,800,844.56 | $ 236,003.60 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 14-81063 | TLP | Judge: | Thomas L. Perkins | Trustee Name: | Jeana K. Reinbold, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Sandburg Mall Realty Management LLC | | | | Date Filed (f) or Converted (c): | 04/28/2015 (c) |
| | | | | | 341(a) Meeting Date: | 06/12/2015 |
| For Period Ending: | 09/19/2019 | | | | Claims Bar Date: | 09/10/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1.  Real estate located at 1150 W. Carl Sandburg Drive Galesburg<br><br>Investigation of avoidance claims regarding validity of certain liens against property; settlement of claims and abandonment of real estate approved (See Court Doc. 246, 249, 254) | 4,127,557.00 | 0.00 | OA | 0.00 | FA |
| 2.  Petty Cash | 1,000.00 | 0.00 | | 138.24 | FA |
| 3.  Wells Fargo Bank (Operating - Checking) | 12,212.00 | 0.00 | | 10.00 | FA |
| 4.  Wells Fargo Bank (Payroll - Checking) | 410.00 | 0.00 | | 2.47 | FA |
| 5.  F & M Bank (Checking - Account Used For Consignment Sales) | 7,577.00 | 0.00 | | 0.00 | FA |
| 6.  F & M Bank (Checking - Account Used For Gift Certificate | 3,158.00 | 0.00 | | 2,245.67 | FA |
| 7.  Vendor Security Deposits<br><br>Ameren security deposit of $7,500 setoff on or around 4/15/15<br><br>Liberty security deposit of $6,500 setoff on or around 2/24/15; amount determined to be zero following compromise between the parties (See Court Doc. 179, 205, 266, 267, 275, 276) | 4,000.00 | 6,500.00 | | 0.00 | FA |
| 8.  Insurance Policies<br><br>Workers compensation, general liability and automobile insurance | 0.00 | 0.00 | | 0.00 | FA |
| 9.  Accounts Receivable | 40,430.00 | 0.00 | | 0.00 | FA |
| 10. Undeposited Funds | 10,711.00 | 0.00 | | 0.00 | FA |

Page: 2

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| Case No: | 14-81063 | TLP | Judge: | Thomas L. Perkins | Trustee Name: | Jeana K. Reinbold, Trustee |
| Case Name: | Sandburg Mall Realty Management LLC | | | | Date Filed (f) or Converted (c): | 04/28/2015 (c) |
| | | | | | 341(a) Meeting Date: | 06/12/2015 |
| For Period Ending: | 09/19/2019 | | | | Claims Bar Date: | 09/10/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 11.  Potential Claim Against Former Manager/Member<br><br>Adversary case 16-8024 against Mehran Kohansieh, Michael Khakshoor, Yousef Khakshoor and North Park Realty Management, LLC filed on 6/2/16; Counts V-IX dismissed, Counts I-IV seeking recovery in the amount of $6,750,000 plus costs and interest; case transferred to Southern District of New York (See Court Doc. 341) (case settled and concluded) | Unknown | 0.00 | | 90,000.00 | FA |
| 12.  1985 Ford Truck With Snowplow<br><br>Judgment regarding personal property entered in adversary case 15-8069; claims in balance of personal property items settled and personal property sold to Mall Group Investment, LLC (See Court Doc. 247, 250, 255, 281, 282). | 500.00 | 0.00 | | 0.00 | FA |
| 13.  1970 Case Tractor With Snowplow<br><br>Judgment regarding personal property entered in adversary case 15-8069; claims in balance of personal property items settled and personal property sold to Mall Group Investment, LLC (See Court Doc. 247, 250, 255, 281, 282). | 500.00 | 0.00 | | 0.00 | FA |
| 14.  Office Furniture, Trade Fixtures And Equipment<br><br>The range of liquidation values for of various personal property items at the site evaluated in May 2015 was $77,407 to $106,625. This range includes figures for miscellaneous machines which may be subject to the claims of vendors. The range of liquidation values for property not including the machines was $51,707 to $73,135.<br><br>Judgment regarding personal property entered in adversary case 15-8069; claims in balance of personal property items settled and personal property sold to Mall Group Investment, LLC (See Court Doc. 247, 250, 255, 281, 282). | 200,326.00 | 0.00 | | 35,000.00 | FA |
| 15.  Balance of retainer from attorney trust account (u) | 0.00 | 348.00 | | 348.00 | FA |

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 14-81063 | TLP | Judge: | Thomas L. Perkins | Trustee Name: | Jeana K. Reinbold, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Sandburg Mall Realty Management LLC | | | | Date Filed (f) or Converted (c): | 04/28/2015 (c) |
| | | | | | 341(a) Meeting Date: | 06/12/2015 |
| For Period Ending: | 09/19/2019 | | | | Claims Bar Date: | 09/10/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 16.  Balance of DIP operating accounts at Regions Bank (u)<br><br>A portion of these funds were returned to the mortgagee-in-possession as post-conversion, non-estate funds. Said funds were returned prior to the trustee became aware of certain potential avoidance claims against the mortgagee's liens. The balance of asserted claims against the previous debtor-in-possession accounts in the amount of $7,380.72 were released by Mall Group Investment, LLC as part of the settlement (See Court Doc. 246, 249, 254) and this amount was retained as estate property. | 0.00 | 0.00 | | 35,662.73 | FA |
| 17.  Preference and transfer claims (u)<br><br>(1) Payment on preference demand from Ameren Illinois in the amount of $27,500<br><br>(2) Preference claim against Mall Group Investment, LLC in the amount of $48,143.92; settled for the amount of $25,000 (See Court Doc. 246, 249, 254)<br><br>(3) Preference and transfer claims against The Cincinnati Insurance Company in the total amount of $25,585 (Adversary Case 16-8018); settled for the amount of $20,000 (See Court Doc. 271, 280)<br><br>(4) Preference and transfer claims against Sion Nobel (Adversary Case 16-8016), Universal Bank (Adversary Case 16-8015), and The 5 Garden 26 Family Trust (Adversary Case 16-8017); cases settled for $295,000 (See Court Doc. 302, 306) | 0.00 | 752,333.00 | | 367,500.00 | FA |
| 18.  Tax refund (u) | 0.00 | 228.97 | | 228.97 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)          $4,408,381.00          $759,409.97          $531,136.08          $0.00

(Total Dollar Amount in Column 6)

Exhibit 8

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

1. Review of accounting of former chapter 11 debtor-in-possession (concluded)
2. Liquidation of personal property (adversary case 15-8069, Court Doc. 247, 250, 255, 282, 282) (concluded, see asset #12-14)
3. Investigation and prosecution of avoidance claims (see assets #11 and 17):
    (a) Various preference demands and adversary cases 16-8015, 16-8016, 16-8017, 16-8018 - matters concluded and settled
    (b) Adversary case 16-8024, see asset #11; 7/31/17 - case transferred to Southern District of New York; settlement agreement dated 5/1/18 approved 5/28/18; collection of full settlement (concluded)
4. Filing of final estate tax returns (concluded)


Initial Projected Date of Final Report (TFR): 06/30/2016        Current Projected Date of Final Report (TFR): 06/30/2019

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 14-81063                                                                                    Trustee Name: Jeana K. Reinbold, Trustee          Exhibit 9

Case Name: Sandburg Mall Realty Management LLC                                                       Bank Name: Associated Bank

                                                                                                     Account Number/CD#: XXXXXX3969

                                                                                                     Checking

Taxpayer ID No: XX-XXX8998                                                                            Blanket Bond (per case limit): $5,000,000.00

For Period Ending: 09/19/2019                                                                        Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/06/15 | 2 | Petty cash / Sandburg Mall | Petty cash | 1129-000 | $138.24 | | $138.24 |
| 06/15/15 | 15 | Rafool, Bourne & Shelby, PC Trust Account 411 Hamilton Blvd., Suite 1600 Peoria, IL 61602 | Balance of retainer | 1229-000 | $348.00 | | $486.24 |
| 07/18/15 | 16 | Regions Bank 111 West Washington East Peoria, IL 61611 | Balance of DIP account | 1229-000 | $34,717.03 | | $35,203.27 |
| 07/18/15 | 16 | Regions Bank 111 West Washington East Peoria, IL 61611 | Balance of DIP account | 1229-000 | $945.70 | | $36,148.97 |
| 08/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $21.24 | $36,127.73 |
| 08/20/15 | 3001 | Mall Group Investment LLC c/o Patrick Egan Mustain Law Office 1865 N. Henderston St., Suite 11B Galesburg, IL 61401 | Postconversion balance of DIP accounts Claims regarding DIP accounts part of settlement with Mall Group Investment, LLC (See Court Doc. 247, 250, 255, 281, 282) | 8500-002 | | $27,336.31 | $8,791.42 |
| 09/08/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $44.53 | $8,746.89 |
| 10/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $12.60 | $8,734.29 |
| 11/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $12.99 | $8,721.30 |
| 11/27/15 | 6 | F&M Bank 21 E. Main Street P.O. Box 1208 Galesburg, IL 61401 | Bank account - gift certificate | 1129-000 | $2,245.67 | | $10,966.97 |
| 12/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $12.98 | $10,953.99 |

Page Subtotals:                                                                                     $38,394.64    $27,440.65

UST Form 101-7-TDR (10/1/2010) *(Page: 16)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:  14-81063

Case Name:  Sandburg Mall Realty Management LLC

Taxpayer ID No:  XX-XXX8998

For Period Ending:  09/19/2019

Trustee Name:  Jeana K. Reinbold, Trustee

Bank Name:  Associated Bank

Account Number/CD#:  XXXXXX3969

Checking

Blanket Bond (per case limit):  $5,000,000.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $16.28 | $10,937.71 |
| 02/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $16.26 | $10,921.45 |
| 03/04/16 | 17 | Ameren Illinois P.O. Box 66892 St. Louis, MO 63166 | Payment on preference demand | 1241-000 | $27,500.00 | | $38,421.45 |
| 03/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.19 | $38,406.26 |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $49.18 | $38,357.08 |
| 05/06/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $87.07 | $38,270.01 |
| 06/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $110.12 | $38,159.89 |
| 06/28/16 | 4 | Wells Fargo Bank, N.A. P.O. Box 5104 Sioux Falls, SD 57117-5104 | Closed account | 1129-000 | $2.47 | | $38,162.36 |
| 07/07/16 | 3002 | Martin Auction Services LLC | Auctioneer expenses Court Doc. 282 | 3620-000 | | $885.70 | $37,276.66 |
| 07/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $141.22 | $37,135.44 |
| 07/11/16 | 17 | Cincinnati Insurance Company Affl. w/Cincinnati Financial Corp. P.O. Box 145496 Cincinnati, OH 45250-5496 | Compromise - Preference Court Doc. 271, 280 | 1241-000 | $20,000.00 | | $57,135.44 |
| 08/02/16 | 3003 | Andrew W. Covey 416 Main Street, Suite 700 Peoria, IL 61602 | Attorneys fees and expenses See Court Doc. 290 | | | $14,518.13 | $42,617.31 |
| | | Andrew W. Covey | Attorneys expenses  ($391.22) | 3220-000 | | | |

Page Subtotals:  $47,502.47  $15,839.15

FORM 2

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No:  14-81063

Case Name:  Sandburg Mall Realty Management LLC

Taxpayer ID No: XX-XXX8998

For Period Ending: 09/19/2019

Trustee Name:  Jeana K. Reinbold, Trustee

Bank Name:  Associated Bank

Account Number/CD#:  XXXXXX3969

Checking

Blanket Bond (per case limit): $5,000,000.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | Andrew W. Covey | Attorneys fees ($14,126.91) | 3210-000 | | | |
| 08/02/16 | 3004 | Patrick M. Jones PMJ PLLC 900 South Clark Street, Suite 2101 Chicago, IL 60605 | Attorneys fees and expenses See Court Doc. 291 | | | $7,058.40 | $35,558.91 |
| | | Patrick M. Jones | Attorneys expenses ($8.40) | 3220-000 | | | |
| | | Patrick M. Jones | Attorneys fees ($7,050.00) | 3210-000 | | | |
| 08/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $165.32 | $35,393.59 |
| 08/09/16 | | Transfer from Acct # xxxxxx0356 | Transfer of Funds from Checking account xxx0356 to Checking account xxx3969 | 9999-000 | $60,000.00 | | $95,393.59 |
| 09/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $123.95 | $95,269.64 |
| 10/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $137.07 | $95,132.57 |
| 10/26/16 | 3005 | Patrick M. Jones PMJ PLLC 900 South Clark Street, Suite 2101 Chicago, IL 60605 | Attorneys fees and expenses See Court Doc. 296 | | | $7,099.40 | $88,033.17 |
| | | Patrick M. Jones | Attorneys expenses ($36.90) | 3220-000 | | | |
| | | Patrick M. Jones | Attorneys fees ($7,062.50) | 3210-000 | | | |
| 11/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $141.44 | $87,891.73 |
| 11/07/16 | 3006 | International Sureties, Ltd. 701 Poydras St., Suite 420 New Orleans, LA 70139 | Bond Premium | 2300-000 | | $70.16 | $87,821.57 |
| 11/23/16 | 3 | Wells Fargo Bank, N.A. P.O. Box 5104 Sioux Falls, SD 57117-5104 | Bank account refund | 1129-000 | $10.00 | | $87,831.57 |

Page Subtotals:                                                                                                      $60,010.00        $14,795.74

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No:  14-81063 | Trustee Name:  Jeana K. Reinbold, Trustee |
| Case Name:  Sandburg Mall Realty Management LLC | Bank Name:  Associated Bank |
| | Account Number/CD#:  XXXXXX3969 |
| | Checking |
| Taxpayer ID No: XX-XXX8998 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 09/19/2019 | Separate Bond (if applicable): |

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $126.41 | $87,705.16 |
| 01/09/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $130.39 | $87,574.77 |
| 02/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $130.21 | $87,444.56 |
| 02/08/17 | 3007 | Patrick M. Jones Patrick M. Jones PMJ PLLC 900 South Clark Street, Suite 2101 Chicago, Illinois 60605 | Attorneys fees and expenses See Court Doc. 304 | | | $1,150.00 | $86,294.56 |
| | | Patrick M. Jones | Attorneys fees   ($1,137.50) | 3210-000 | | | |
| | | Patrick M. Jones | Attorneys expenses   ($12.50) | 3220-000 | | | |
| 02/08/17 | 3008 | Jeana K. Reinbold P.O. Box 7315 Springfield, IL  62791-7315 | Reimbusement of attorneys expenses See Court Doc. 304 | 3220-000 | | $905.00 | $85,389.56 |
| 02/21/17 | 3009 | Illinois Department of Revenue P.O. Box 19053 Springfield, IL 62794-9053 | 2016 IL-1065-V Payment | 2820-000 | | $114.00 | $85,275.56 |
| 03/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $116.12 | $85,159.44 |
| 03/21/17 | 17 | Sion Nobel c/o Gary E. Klausner Levene, Neale, Bender, Yoo & Brill LLP Law Offices 10250 Constellation Blvd., Ste 1700 Los Angeles, CA 90067 | Settlement Adv. No 16-8015, 16-8016, 16-8017 See Court Doc. 301, 306 | 1241-000 | $52,000.00 | | $137,159.44 |
| 03/21/17 | 17 | Sion Nobel c/o Gary E. Klausner Levene, Neale, Bender, Yoo & Brill LLP Law Offices 10250 Constellation Blvd., Ste 1700 Los Angeles, CA 90067 | Settlement Adv. No. 16-8015, 16-8016, 16-8017 See Court Doc. 301, 306 | 1241-000 | $100,000.00 | | $237,159.44 |

| | Page Subtotals: | | $152,000.00 | $2,672.13 |
|---|---|---|---|---|

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 14-81063

Case Name: Sandburg Mall Realty Management LLC

Taxpayer ID No: XX-XXX8998

For Period Ending: 09/19/2019

Trustee Name:  Jeana K. Reinbold, Trustee

Bank Name:  Associated Bank

Account Number/CD#:  XXXXXX3969

Checking

Blanket Bond (per case limit): $5,000,000.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $199.48 | $236,959.96 |
| 05/02/17 | 17 | Dr. Sion Nobel c/o Levene, Neale, Bender, Yoo & Brill LLP Law Offices 10250 Constellation Blvd., Ste. 1700 Los Angeles, CA 90067 | Settlement Adv. No 16-8015, 16-8016, 16-8017 See Court Doc. 301, 306 | 1241-000 | $70,000.00 | | $306,959.96 |
| 05/05/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $340.89 | $306,619.07 |
| 06/01/17 | 17 | Sion Nobel c/o Gary E. Klausner Levene, Neale, Bender, Yoo & Brill LLP 10250 Constellation Blvd., Ste. 1700 Los Angeles, CA 90067 | Settlement Adv. No 16-8015, 16-8016, 16-8017 See Court Doc. 301, 306 | 1241-000 | $73,000.00 | | $379,619.07 |
| 06/01/17 | 3010 | Illinois Department of Revenue Business Processing Division PO Box 19014 Springfield, IL 61794-9014 | 2016 IL-1065 Balance Due | 2820-000 | | $31.69 | $379,587.38 |
| 06/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $445.73 | $379,141.65 |
| 07/10/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $541.98 | $378,599.67 |
| 07/12/17 | 3011 | Andrew W. Covey 416 Main Street, Suite 700 Peoria, IL 61602 | Attorneys fees and expenses See Court Doc. 311 | | | $101,283.28 | $277,316.39 |
| | | Andrew W. Covey | Attorneys expenses           ($2,949.95) | 3220-000 | | | |
| | | Andrew W. Covey | Attorneys fees               ($98,333.33) | 3210-000 | | | |
| 08/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $475.54 | $276,840.85 |

Page Subtotals:                     $143,000.00      $103,318.59

FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 14-81063

Case Name: Sandburg Mall Realty Management LLC

Taxpayer ID No: XX-XXX8998

For Period Ending: 09/19/2019

Trustee Name: Jeana K. Reinbold, Trustee

Bank Name: Associated Bank

Account Number/CD#: XXXXXX3969

Checking

Blanket Bond (per case limit): $5,000,000.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/08/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $411.61 | $276,429.24 |
| 11/15/17 | 3012 | International Sureties, Ltd. 701 Poydras St., Suite 420 New Orleans, LA 70139 | Bond # 016028270 | 2300-000 | | $124.57 | $276,304.67 |
| 03/09/18 | 18 | U.S. Department of the Treasury Bureau of the Fiscal Service P.O. Box 51315 Philadelphia, PA 19115-6315 | Tax refund | 1224-000 | $228.97 | | $276,533.64 |
| 06/01/18 | 11 | Mehran Kohansieh | Settlement Payment See Court Doc. 341 | 1149-000 | $45,000.00 | | $321,533.64 |
| 09/24/18 | 11 | Mehran Kohansieh | Settlement Payment See Court Doc. 341 | 1149-000 | $10,000.00 | | $331,533.64 |
| 10/19/18 | 11 | Mehran Kohansieh | Settlement Payment See Court Doc. 341 | 1149-000 | $10,000.00 | | $341,533.64 |
| 11/21/18 | 11 | Mehran Kohansieh | Settlement See Court Doc. 341 | 1149-000 | $25,000.00 | | $366,533.64 |
| 12/13/18 | 3013 | International Sureties, Ltd. 701 Poydras St., Suite 420 New Orleans, LA 70139 | Bond Payment | 2300-000 | | $102.64 | $366,431.00 |
| 12/14/18 | 3014 | Patrick M. Jones PMJ PLLC 900 South Clark Street, Suite 2101 Chicago, Illinois 60605 | Attorneys fees and expenses See Court Doc. 343, 349 | | | $19,128.07 | $347,302.93 |
| | | Patrick M. Jones | Attorneys expenses          ($1,128.07) | 3220-000 | | | |
| | | Patrick M. Jones | Attorneys fees          ($18,000.00) | 3210-000 | | | |
| 12/14/18 | 3015 | Tracy L. Klestadt Klestadt Winters Jureller Southard & Stevens, LLP 200 West 41 Street, 17th Floor New York, NY 10036 | Attorneys fees and expenses See Court Doc. 344, 350 | | | $9,200.70 | $338,102.23 |
| | | Tracy Klestadt | Attorneys fees          ($9,059.00) | 3210-000 | | | |
| | | Tracy Klestadt | Attorneys expenses          ($141.70) | 3220-000 | | | |

Page Subtotals:                                   $90,228.97        $28,967.59

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: 14-81063 | | Trustee Name: Jeana K. Reinbold, Trustee |
| Case Name: Sandburg Mall Realty Management LLC | | Bank Name: Associated Bank |
| | | Account Number/CD#: XXXXXX3969 |
| | | Checking |
| Taxpayer ID No: XX-XXX8998 | | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 09/19/2019 | | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/04/19 | 3016 | Illinois Department of Revenue<br>P.O. Box 19053<br>Springfield, IL 62794-9053 | 2018 IL-1065-V Payment | 2820-000 | | $1,164.00 | $336,938.23 |
| 01/15/19 | | Transfer to Acct # xxxxxx0038 | Transfer of Funds | 9999-000 | | $336,938.23 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $531,136.08 | $531,136.08 |
| Less: Bank Transfers/CD's | $60,000.00 | $336,938.23 |
| Subtotal | $471,136.08 | $194,197.85 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $471,136.08 | $194,197.85 |

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $338,102.23 |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 14-81063
Case Name: Sandburg Mall Realty Management LLC

Trustee Name: Jeana K. Reinbold, Trustee
Bank Name: Associated Bank
Account Number/CD#: XXXXXX0356
Checking

Taxpayer ID No: XX-XXX8998
For Period Ending: 09/19/2019

Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/11/16 | 14 | Mall Group Investment, LLC c/o Mustain Law Office 1865 North Henderson Street, Suite 11B Galesburg, IL 61401 | Sale of personal property See Court Doc. 247, 250, 255, 281, 282 | 1129-000 | $35,000.00 | | $35,000.00 |
| 05/27/16 | 17 | Bruce B. Yasmeh c/o Mustain Law Office 1865 North Henderson Street, Suite 11B Galesburg, IL 61401 | Settlement of preference claim See Court Doc. 246, 249, 254 | 1241-000 | $25,000.00 | | $60,000.00 |
| 08/09/16 | | Transfer to Acct # xxxxxx3969 | Transfer of Funds from Checking account xxx0356 to Checking account xxx3969 | 9999-000 | | $60,000.00 | $0.00 |

|  | | |
|---|---|---|
| COLUMN TOTALS | $60,000.00 | $60,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $60,000.00 |
| Subtotal | $60,000.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $60,000.00 | $0.00 |

Page Subtotals: $60,000.00 $60,000.00

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 14-81063
Case Name: Sandburg Mall Realty Management LLC

Trustee Name: Jeana K. Reinbold, Trustee
Bank Name: Axos Bank
Account Number/CD#: XXXXXX0038
Checking

Taxpayer ID No: XX-XXX8998
For Period Ending: 09/19/2019

Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/15/19 | | Transfer from Acct # xxxxxx3969 | Transfer of Funds | 9999-000 | $336,938.23 | | $336,938.23 |
| 02/04/19 | 4001 | Lois West<br>Popowcer Katten, Ltd.<br>35 East Wacker Drive, Suite 1550<br>Chicago, IL 60601-2124 | Accountant fees<br>Court Doc. 351<br>Invoice 29367 | 3410-000 | | $2,620.00 | $334,318.23 |
| 02/04/19 | 4002 | Lois West<br>Kutchins, Robbins & Diamond, Ltd.<br>35 East Wacker Drive, Suite 690<br>Chicago, Illinois 60601 | Accountant fees<br>Court Doc.<br>Invoices 92794 & 84950 | 3410-000 | | $4,200.00 | $330,118.23 |
| 02/22/19 | 4003 | Illinois Department of Revenue | 2018 1065 tax due | 2820-000 | | $338.00 | $329,780.23 |
| 04/23/19 | 4004 | Jeana K. Reinbold<br>P.O. Box 7315<br>Springfield, IL 62791-7315 | Trustee compensation and expenses | | | $29,316.81 | $300,463.42 |
| | | Jeana K. Reinbold | Trustee compensation        ($28,439.99) | 2100-000 | | | |
| | | Jeana K. Reinbold | Trustee expenses        ($876.82) | 2200-000 | | | |
| 04/23/19 | 4005 | CLERK U.S. BANKRUPTCY COURT<br>Central District of Illinois<br>100 N.E. Monroe Street, Room 216<br>Peoria, IL 61602 | Court Costs<br>See Court Doc. 354 | 2700-000 | | $2,100.00 | $298,363.42 |
| 04/23/19 | 4006 | US Trustee<br>401 Main Street, Suite 1100<br>Peoria, IL 61602 | Final distribution to claim 22 representing a payment of 100.00 % per court order. | 2990-000 | | $976.19 | $297,387.23 |
| 04/23/19 | 4007 | Liberty Power Holdings LLC<br>c/o Liberty Power Corp.<br>1901 W. Cypress Creek Rd. #600<br>Fort Lauderdale, FL 33309 | Final distribution representing a payment of 100.00 % per court order.<br>Final payment pursuant to compromise regarding administrative claim (See Court Doc. 179, 205, 266, 267, 275, 276) | 6990-000 | | $35,000.00 | $262,387.23 |
| 04/23/19 | 4008 | Illinois Department Of Revenue<br>Bkcy Bulk Sales And Probate Section<br>100 W. Randolph St., Level 7-400<br>Chicago, IL 60601 | Final distribution to claim 24 representing a payment of 100.00 % per court order. | 6990-000 | | $22,903.53 | $239,483.70 |

Page Subtotals:                    $336,938.23        $97,454.53

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 14-81063

Case Name: Sandburg Mall Realty Management LLC

Taxpayer ID No: XX-XXX8998

For Period Ending: 09/19/2019

Trustee Name: Jeana K. Reinbold, Trustee

Bank Name: Axos Bank

Account Number/CD#: XXXXXX0038

Checking

Blanket Bond (per case limit): $5,000,000.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/23/19 | 4009 | Illinois Department Of Employment Security 33 S. State Street Bankruptcy Unit 10th Fl Chicago, IL 60603 | Final distribution to claim 25 representing a payment of 100.00 % per court order. | 5800-000 | | $3,480.10 | $236,003.60 |
| 04/23/19 | 4010 | MH Equipment Co. PO Box 50 Mossville, IL 61552 | Final distribution to claim 1 creditor account #1396 representing a payment of 8.13 % per court order. | 7100-000 | | $141.54 | $235,862.06 |
| 04/23/19 | 4011 | AMEREN ILLINOIS Credit and Collections 2105 E. State Route 104 Pawnee, IL 62558 | Final distribution to claim 2 creditor account #4030 representing a payment of 8.13 % per court order. | 7100-000 | | $5,704.40 | $230,157.66 |
| 04/23/19 | 4012 | Wells Fargo Bank, N.A. Business Direct Division PO Box 29482 Phoenix, AZ 85038-8650 | Final distribution to claim 3 creditor account #9277 representing a payment of 8.13 % per court order. | 7100-000 | | $424.02 | $229,733.64 |
| 04/23/19 | 4013 | Gallatin River Communications, LLC Centurylink Bankruptcy 359 Bert Kouns Shreveport, LA 71106 | Final distribution to claim 4 representing a payment of 8.13 % per court order. | 7100-000 | | $57.29 | $229,676.35 |
| 04/23/19 | 4014 | Interline Brands Inc dba Amsan 801 W Bay St Jacksonville, FL 32204 | Final distribution to claim 5 creditor account #508523 representing a payment of 8.13 % per court order. | 7100-000 | | $122.65 | $229,553.70 |
| 04/23/19 | 4015 | Farm King Of Galesburg 3000 W. Main Galesburg, IL 61401 | Final distribution to claim 6 creditor account #8154 representing a payment of 8.13 % per court order. | 7100-000 | | $116.57 | $229,437.13 |
| 04/23/19 | 4016 | Galesburg Electric Industrial Supply PO Box 949 Galesburg, IL 61402 | Final distribution to claim 9 creditor account #1906 representing a payment of 8.13 % per court order. | 7100-000 | | $214.93 | $229,222.20 |
| 04/23/19 | 4017 | Neil Thomas Plumbing, Inc. PO Box 0269 Galesburg, Il 61401-0269 | Final distribution to claim 10 creditor account #16772 representing a payment of 8.13 % per court order. | 7100-000 | | $255.98 | $228,966.22 |

Page Subtotals:   $0.00   $10,517.48

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 14-81063
Case Name: Sandburg Mall Realty Management LLC

Taxpayer ID No: XX-XXX8998
For Period Ending: 09/19/2019

Trustee Name: Jeana K. Reinbold, Trustee
Bank Name: Axos Bank
Account Number/CD#: XXXXXX0038
Checking
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/23/19 | 4018 | Direct Energy Business<br>1001 Liberty Ave Fl 13<br>Pittsburgh, PA 15222 | Final distribution to claim 12 creditor account #0282 representing a payment of 8.13 % per court order. | 7100-000 | | $175.29 | $228,790.93 |
| 04/23/19 | 4019 | Dale Sugden dba Sugden Electric<br>c/o Rehn & Skinner, LLC<br>5 East Simmons St.<br>Galesburg, IL 61401 | Final distribution to claim 13 representing a payment of 8.13 % per court order. | 7100-000 | | $169.04 | $228,621.89 |
| 04/23/19 | 4020 | Brown, Udell, Pomerantz & Delrahim, Ltd.<br>225 W. Illinois St.<br>Suite 300<br>Chicago, IL 60654 | Final distribution to claim 15 representing a payment of 8.13 % per court order. | 7100-000 | | $3,363.34 | $225,258.55 |
| 04/23/19 | 4021 | Ww Grainger Inc<br>Attn: Special Collections Dept<br>Mes17826785511<br>7300 N Melvina<br>Niles, IL 60714 | Final distribution to claim 17 representing a payment of 8.13 % per court order. | 7100-000 | | $196.13 | $225,062.42 |
| 04/23/19 | 4022 | Capital One, N.A.<br>PO Box 5219<br>Carol Stream, IL 60197 | Final distribution to claim 18 creditor account #1771 representing a payment of 8.13 % per court order. | 7100-000 | | $1,343.76 | $223,718.66 |
| 04/23/19 | 4023 | Simplexgrinnell<br>Attn: Bankruptcy<br>50 Technology Dr<br>Westminster, MA 01441 | Final distribution to claim 19 creditor account #1351327 representing a payment of 8.13 % per court order. | 7100-000 | | $47.08 | $223,671.58 |
| 04/23/19 | 4024 | First Bank and Trust Company of Illinois<br>c/o Taft Stettinius & Hollister LLP<br>One Indiana Square Suite 3500<br>Indianapolis, IN 46204 | Final distribution to claim 20 representing a payment of 8.13 % per court order. | 7100-000 | | $219,635.99 | $4,035.59 |
| 04/23/19 | 4025 | City of Galesburg, an Illinois Municipal Corporation<br>Gloria Osborn, Finance Director,<br>Galesburg City Hall<br>55 W Tompkins Street<br>Galesburg, IL 61401 | Final distribution to claim 21 representing a payment of 8.13 % per court order. | 7100-000 | | $1,159.33 | $2,876.26 |
| 04/23/19 | 4026 | Synchrony Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami, FL 33131-1605 | Final distribution to claim 23 creditor account #1232 representing a payment of 8.13 % per court order. | 7100-000 | | $844.64 | $2,031.62 |

Page Subtotals:                                    $0.00        $226,934.60

Case 14-81063    Doc 367    Filed 09/23/19    Entered 09/23/19 10:08:32    Desc Main
Document    Page 27 of 29

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: 14-81063 | | | | Trustee Name: Jeana K. Reinbold, Trustee | | Exhibit 9 |
|---|---|---|---|---|---|---|

Case Name: Sandburg Mall Realty Management LLC

Bank Name: Axos Bank
Account Number/CD#: XXXXXX0038
Checking

Taxpayer ID No: XX-XXX8998
For Period Ending: 09/19/2019

Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/23/19 | 4027 | Mall Group Investment, LLC c/o Patrick Egan Mustain Law Office 1865 N. Henderson St, Suite 11B Galesburg, Il 61401 | Final distribution to claim 26 representing a payment of 8.13 % per court order. | 7100-000 | | $2,031.62 | $0.00 |
| 06/15/19 | 4026 | Synchrony Bank c/o Recovery Management Systems Corp 25 SE 2nd Ave Suite 1120 Miami, FL 33131-1605 | Final distribution to claim 23 creditor account #1232 representing a payment of 8.13 % per court order. Reversal | 7100-000 | | ($844.64) | $844.64 |
| 06/15/19 | 4028 | Synchrony Bank c/o PRA Receivables Management, LLC PO Box 41031 Norfolk, VA 23541 | Final distribution to claim 23 creditor account #1232 representing a payment of 8.13 % per court order. Replacement check for check 4026 dated 4/23/19 | 7100-000 | | $844.64 | $0.00 |
| 07/26/19 | 4027 | Mall Group Investment, LLC c/o Patrick Egan Mustain Law Office 1865 N. Henderson St, Suite 11B Galesburg, Il 61401 | Final distribution to claim 26 representing a payment of 8.13 % per court order. Reversal | 7100-000 | | ($2,031.62) | $2,031.62 |
| 07/26/19 | 4023 | Simplexgrinnell Attn: Bankruptcy 50 Technology Dr Westminster, MA 01441 | Final distribution to claim 19 creditor account #1351327 representing a payment of 8.13 % per court order. Reversal | 7100-000 | | ($47.08) | $2,078.70 |
| 07/26/19 | 4029 | Simplexgrinnell c/o Johnson Controls Fire Protection Attn: Bankruptcy 50 Technology Dr. Westminster, MA 01441 | Final distribution to claim 19 creditor account #1351327 representing a payment of 8.13 % per court order. Reissuance of check 4023 dated 4/23/19. | 7100-000 | | $47.08 | $2,031.62 |
| 07/26/19 | 4030 | CLERK U.S. BANKRUPTCY COURT Central District of Illinois 100 N.E. Monroe Street, Room 216 Peoria, IL 61602 | Unclaimed funds - Sandburg Mall case #14-81063 - claim 26 of Mall Group Investment, LLC | 7100-000 | | $2,031.62 | $0.00 |

|  | COLUMN TOTALS | $336,938.23 | $336,938.23 |
|---|---|---|---|
|  | Less: Bank Transfers/CD's | $336,938.23 | $0.00 |
|  | Page Subtotals: | $0.00 | $2,031.62 |

UST Form 101-7-TDR (10/1/2010) *(Page: 27)*

Exhibit 9

| | | |
|---|---|---|
| Subtotal | $0.00 | $336,938.23 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $336,938.23 |

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $0.00 |

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0038 - Checking | $0.00 | $336,938.23 | $0.00 |
| XXXXXX0356 - Checking | $60,000.00 | $0.00 | $0.00 |
| XXXXXX3969 - Checking | $471,136.08 | $194,197.85 | $0.00 |
| | $531,136.08 | $531,136.08 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | | |
|---|---|---|
| Total Allocation Receipts: | $0.00 | |
| Total Net Deposits: | $531,136.08 | |
| Total Gross Receipts: | $531,136.08 | |

Page Subtotals:                    $0.00          $0.00